UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>USA</u>

           v.                        11-mc-28-PB

<u>Joseph Ring</u>

### O R D E R

I herewith approve the Report and Recommendation of Magistrate Judge Landya B. McCafferty dated September 12, 2011, no objection having been filed. I hereby order the taxpayer, Joseph Ring, to appear on October 21, 2011, at 9:00 a.m., at the IRS office located at 1000 Elm St., Ste 900, Manchester, NH, before Revenue Officer Anita Perry (or any other authorized Revenue Officer of the IRS) to give testimony and produce all books and records in his possession or control required and called for by the terms of the summons of February 4, 2011.  I further award the government its costs.

      SO ORDERED.

October 6, 2011                            /s/ Paul J. Barbadoro
                                              Paul J. Barbadoro
                                              United States District Judge

cc:    Gretchen Leah Witt, AUSA
         Joseph Ring